IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TOM B. KIRK, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:11cv487 |
| | § | (Judge Clark/Judge Mazzant) |
| INTEGRAL DEVELOPMENT | § | |
| SOLUTIONS, L.L.C., BENTON ODOM, | § | |
| JR., ERIC ATCHLEY and MICHAEL | § | |
| TUCKER, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Before the court is the parties' Agreed Motion to Dismiss [Doc. #25].

It is **ORDERED** that the Agreed Motion to Dismiss [Doc. #25] is GRANTED.  The court further **ORDERS** that plaintiff's claims and causes of action against defendants are **DISMISSED** in their entirety, with prejudice.  All costs of court and/or attorneys' fees will be paid by the party incurring them.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

 So **ORDERED** and **SIGNED** this **12** day of **September, 2012.**

_____
Ron Clark, United States District Judge